1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| JOEL UNSWORTH, as an individual, | Case No: 5:20-cv-01967 ODW (SPx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER ON STIPULATED PROTECTIVE ORDER** |
| AIR METHODS CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive, | Complaint Filed: August 18, 2020<br>Trial Date: July 12, 2022 |
| Defendants. | |

# ORDER

Based on the Parties' joint Stipulated Protective Order, and good cause having been shown, the Court hereby approves this Stipulated Protective Order.

**IT IS SO ORDERED.**

DATED: February 24, 2022    By: _____
HON. SHERI PYM
United States District Court
Magistrate Judge